**United States District Court**
**Violation Notice**

CVB Location Code

05-52

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1088251 | S. Pryor | 4305 |

1088251

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code | | |
|---|---|---|---|
| 01/24/2010 0/28HRS | 18 USC 1308C 2925.14 | | |

Place of Offense

Bldg 412 VAMC Dayton OHIO

Offense Description

Drug PARAPHERNALIA

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| WALDEN | JACOB | I |

IV

**VEHICLE DESCRIPTION** VIN

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | | | | |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _Jacob Walden_

Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on Jan 24, 2010 while exercising my duties as a law enforcement officer in the South District of OHIO

Your Honor,

During the Consent Search of Bldg 412 Residents' Room Jacob Walden I found three used smoking pipes inside a cardboard box on top of of walden's Kitchen Area.

The foregoing statement is based upon
✓ my personal observation    ✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 01/24/2010 _[signature]_
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 3/2/2010  12 03 52

**United States District Court**
**Violation Notice**

CVB Location Code
0552

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1088253 | S. Pryor | 4305 |

1088253

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 01/24/2010 0128HRS | 38CFR 1.218 (A)4(b)(1) | | | |

Place of Offense

Bldg 412 VAMC Dayton ohio

Offense Description

Disorderly Conduct

### DEFENDANT INFORMATION ███

Last Name
WALDEN              Jacob         I

███

### VEHICLE DESCRIPTION  VIN

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _Jacob Walden_

Original CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24, 20 10 while exercising my duties as a law enforcement officer in the Southern District of OHIO

Your Honor,

Jacob Walden was causing a loud commotion in the Living area of Bldg 412 after Hours So he is cited with this citation for Disorderly Conduct.

The foregoing statement is based upon

☐ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 01/24/2010 _[signature]_

Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____

Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 3/2/2010 12 03 52

**United States District Court**
**Violation Notice**

CVB Location Code

O 5 5 2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1088254 | S. Pryor | 4305 |

1088254

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 01/24/2010 0128 HES | 38 CFR 1.218 (A)(4)(B)(17) |

Place of Offense

Bldg 412 VAMC Dayton OHIO

Offense Description

UNAuthorized USE on property of Alcoholic Beverages

**DEFENDANT INFORMATION**

| Last Name | First Name | |
|---|---|---|
| WALDEN | JACob | I |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | | | | |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 01/24, 20 10 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Your Honor,

JAcob WALden Had Alcohol Stored in his Room when it is prohibited on VA Grounds. This Alcohol was Found during a consent search of his Room. Walden is Charge this Citation.

The foregoing statement is based upon

☑ my personal observation        ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 01/24/2010 _[signature]_

Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____

Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 3/2/2010  12 03 52

**United States District Court**
**Violation Notice**

CVB Location Code: 0552

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1088255 | S. Pryor | 4305 |

1088255

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 01/24/2010 0688HRS | 38 CFR 1.218 (A)(1)(6)(08) |

Place of Offense: Bldg 412 VAMC Dayton Ohio

Offense Description: Unauthorized introduction on VA Property of Alcoholic Beverages

**DEFENDANT INFORMATION**

Last Name: WALDEN  First Name: Jacob  MI: +

**VEHICLE**

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | | | | |

A ☑ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: _____  Date (mm/dd/yyyy): _____  Time: _____

X Defendant Signature: Jacob Walden

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 01/24/10, 20 10 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Your Honor,

Jacob Walden Purchased Alcohol And Brought it on Centra knowing that it is prohibited. He is charge with this citation.

The foregoing statement is based upon:
✓ my personal observation  ✓ my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 01/24/2010  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____  U.S. Magistrate Judge

CVB Scan 3/2/2010 12 03 52